LYDIA GERHARDT, PLAINTIFF-PETITIONER, v. CONTI-
NENTAL INSURANCE COMPANIES, *ET AL.*, DEFEND-
ANT-PETITIONER; HARVARD G. GORDON, PLAINTIFF-
PETITIONER AND CROSS-RESPONDENT, v. NEW HAMP-
SHIRE INSURANCE COMPANY, DEFENDANT-RESPON-
DENT AND CROSS-APPELLANT.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mr. George J. Kenny* for the petitioners.

*Messrs. Gaffey & Webb* and *Mr. John Lee McDermott* for the defendants.

February 1, 1966. Granted.